FRYER *v.* BANK OF BULLOCHVILLE.

FISH, C. J. The only assignment of error in the bill of exceptions is upon the judgment overruling the motion for a new trial. In the brief of counsel for plaintiff in error no reference is made to any of the points raised in the amendment to the motion for a new trial, and they will therefore be considered as abandoned. The verdict was not without evidence to support it, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*
APRIL 12, 1912.

Equitable petition. Before Judge R. W. Freeman. Meriwether superior court. January 25, 1911.

*J. J. Bull, Hatton Lovejoy,* and *McLaughlin, Jones & Jones,* for plaintiff in error. *N. F. Culpepper,* contra.

---

AWBREY *v.* FOSTER.

FISH, C. J. "The first grant of a new trial will not be disturbed by the Supreme Court, unless the plaintiff in error shows that the judge abused his discretion in granting it, and that the law and facts require the verdict notwithstanding the judgment of the presiding judge." Civil Code, § 6204.

(a) The law and the facts in this case did not require the verdict rendered, and the trial judge did not abuse his discretion in the first grant of a new trial.

*Judgment affirmed. All the Justices concur.*
APRIL 12, 1912.

Trover. Before Judge Freeman. Heard superior court. May 16, 1911.

*Frank S. Loftin* and *D. B. Whitaker,* for plaintiff in error.
*R. B. Blackburn,* contra.